FILED: October 21, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-2374
(1:19-cv-03337-ADC)
_____

CHRISTOPHER FABY

    Plaintiff - Appellant

v.

CSX TRANSPORTATION, INC.

    Defendant - Appellee

_____

M A N D A T E
_____

The judgment of this court, entered 09/29/2021, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*